O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4267 AHM (AGRx) | Date | July 14, 2009 |
|---|---|---|---|
| Title | JOHN G. FINTLAND, et al. v. LUXURY MARINE GROUP, LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On July 1, 2009, this Court ordered Plaintiffs to show cause why the Court has diversity jurisdiction over this case. On July 9, 2009 Plaintiffs filed a declaration by their attorney stating that he was investigating the citizenship of various defendants, and would soon file an amended complaint setting forth more clearly the citizenship of various parties. On July 13, 2009, Plaintiffs did file a First Amended Complaint alleging the diverse citizenship of the parties. For good cause shown, the Court hereby DISCHARGES its July 1, 2009 Order to Show Cause.[1]

                                                                                    :
                                                Initials of Preparer          SMO

---

[1] Docket No. 6.