JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  RONALD J. THOMMARSON, ESQ. (SBN 173849)
   Email: rjt@robthomlaw.com
2  **ROBERTSON + THOMMARSON, LLP**
   5 Hutton Centre Drive, Suite 1050
3  Santa Ana, CA 92707
   Tel: (714) 361-2111
4  Fax: (714) 361-2110

5  Attorneys for Plaintiffs,
   **JOHN G. FINTLAND, JR., MARIE M. FINTLAND AND**
6  **JG ASSET COMPANY, LLC**

7
   **UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA**
8
   **WESTERN DIVISION - SPRING STREET COURTHOUSE**
9

| | |
|---|---|
| 10  **JOHN G. FINTLAND, JR.,** individually and as Trustee of the Fintland Family Trust DTD 3/11/08; **MARIE M. FINTLAND,** individually and as Trustee of the Fintland Family Trust DTD 3/11/08; and **JG ASSET COMPANY, LLC,** an Oregon limited liability company, | CASE NO: CV09-4267 AHM (AGRx) Hon. A. Howard Matz Courtroom 14 - Los Angeles - Spring Street |
| 14           Plaintiffs, | **[PROPOSED] STIPULATED ORDER TO DISMISS ACTION** |
| 15  vs. | |
| 16  **LUXURY MARINE GROUP, LLC,** a Florida limited liability company; **GREGORY B. WHEBLE,** an individual; **JAMES J. CLAYTON,** an individual; **CANTIERE NAUTICO CRANCHI, S.p.A.,** an Italian limited share company; **CANTIERE NAUTICO CRANCHI, SRL,** an Italian limited liability company; **CANTIERE NAUTICO CRANCHI USA, LLC,** a Delaware limited liability company; **WFS FINANCIAL SERVICES, INC.,** a Delaware corporation; **SCOTT FINANCIAL SERVICES, INC.,** a Delaware corporation; **CGI FINANCE, INC.,** a Delaware corporation; **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** a Connecticut corporation; and **DOES 1** through 50, inclusive, | |
| 26           Defendants. | |
| 27 | |
| 28  **AND RELATED COUNTER-CLAIM** | |

1

**[PROPOSED] STIPULATED ORDER TO DISMISS ACTION**

1     The Court, having considered the Stipulation concurrently submitted by Plaintiffs JOHN G. FINTLAND, JR., MARIE M. FINTLAND, and JG ASSET COMPANY, LLC ("Plaintiffs"), Defendants CGI FINANCE, INC. ("CGI") and WFS FINANCIAL SERVICES, INC. ("WFS"), Defendant JAMES J. CLAYTON ("Clayton"), and Defendant CANTIERE NAUTICO CRANCHI, S.p.A. ("Cranchi") for the dismissal with prejudice of the operative complaint filed by Plaintiffs in this matter and the counterclaims filed by CGI and WFS, orders as follows:

    The Stipulation for an order dismissing the complaint and counterclaims with prejudice is granted.

    GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated: July 27, 2010

                                               A. Howard Matz
                                               United States District Judge

Z:\Docs 28\2825 Fintland - Luxury Marine Group\Plead\Proposed Order on Stipulation to Dismiss Action.wpd

ROBERTSON + THOMMARSON, LLP
5 Hutton Centre Drive, Suite 1050
Santa Ana, California 92707
TELEPHONE (714) 361-2111 ♦ FACSIMILE (714) 361-2110

[PROPOSED] STIPULATED ORDER TO DISMISS ACTION